UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>James Aubuchont</u>

    v.                              Civil No. 05-cv-061-JD

<u>Warden, New Hampshire</u>
<u>State Prison</u>


<u>PROCEDURAL ORDER</u>

    The petitioner has filed a motion requesting a certificate of appealability (document no. 14).  The court declines to issue a certificate of appealability on the ground that the petitioner has failed to make a substantial showing of the denial of a constitutional right.

    SO ORDERED.


                                                    _____
                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

June 16, 2005

cc:   James Aubuchont, pro se